Steven C. Glickman, Esq. (SBN 105436)
Nicole E. Hoikka, Esq. (SBN 306324)
GLICKMAN & GLICKMAN,
A LAW CORPORATION
9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212-2732
Tel: (310) 273-4040
Fax: (310) 273-0829

John E. Sweeney, Esq. (SBN 116285)
THE SWEENEY FIRM
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Tel: (310) 277-9595
Fax: (310) 277-0177

Attorneys for Plaintiffs M.B. III, etc., et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B. III, a minor, etc., et al.,<br><br>Plaintiffs,<br><br>vs.<br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | **Case No. 2:17-cv-02395-WBS-DB**<br><br>PETITION AND ORDER [~~proposed~~] FOR APPOINTMENT OF GUARDIAN AD LITEM |

Petitioner states as follows:

1. I am the aunt of M. B. III, a minor, who is the plaintiff in this action.

2. Said minor is 6 years old, having been born on xxxx xx, 2011.

PETITION AND ORDER [proposed] FOR APPOINTMENT OF GUARDIAN
AD LITEM

3. Said minor is about to commence an action in this court against the defendants for the wrongful death of his father.

4. Said minor has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

5. Petitioner Titice Beverly, whose address is 11314 Southwest Blvd., Los Angeles, CA 90044, is a competent and responsible person, and fully competent to act as said minor's guardian ad litem. Said minor resides on a part time basis with petitioner.

6. Petitioner is willing to act as guardian ad litem for said minor, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing Titice Beverly as guardian ad litem of said minor for the purpose of bringing action against the defendants on the claim herein above stated.

DATED: 10/31/2017

/s/ Titice Beverly
Titice Beverly, Petitioner

CONSENT OF NOMINEE

I, Titice Beverly, the petitioner, consent to act as guardian ad litem for the above named minor in the above action.

DATED: 10/31/2017

/s/ Titice Beverly
Titice Beverly, Petitioner

PETITION AND ORDER [proposed] FOR APPOINTMENT OF GUARDIAN AD LITEM

ORDER [~~proposed~~]

The petition for an order appointing Titice Beverly Elliott as guardian ad litem for M. B. III is GRANTED.

IT IS SO ORDERED.

Dated: November 15, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PETITION AND ORDER [proposed] FOR APPOINTMENT OF GUARDIAN AD LITEM