1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7320
6   Facsimile: (916) 324-5205
    E-mail: Diana.Esquivel@doj.ca.gov

7
   *Attorneys for Defendants State of California,*
8  *California Department of Corrections and*
   *Rehabilitation, Brown, Kernan, and Baughman*
9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

13

14

15  **M.B. III, a minor, by and through his**          No. 2:17-cv-02395 WBS-DB
    **Guardian Ad Litem, TITICE BEVERLY,**
16  **individually and as Successor in Interest**      **STIPULATION FOR PLAINTIFFS TO**
    **and Personal Representative of the Estate of**   **AMEND THE COMPLAINT AND FOR**
17  **MILTON BEVERLY, JR., et al.,**                    **DEFENDANTS TO RESPOND TO THE**
                                                         **AMENDED COMPLAINT AND**
                                          Plaintiffs,   **PROPOSED ORDER**
18
19              v.                                       Trial Date:    None
                                                         Action Filed:  November 14, 2017
20  **STATE OF CALIFORNIA, et al.,**

21                                        Defendants.

22

23        Under Federal Rule of Civil Procedure 15(a)(1)(B) and Local Rule 143, the parties, through

24   their respective counsel of record, stipulate and agree that Plaintiffs will amend the complaint

25   within fourteen days of the Court approving this stipulation, and Defendants will respond to the

26   amended complaint within fourteen days of it being filed. Good cause exists to grant this

27   stipulation because it will avoid burdening the Court with a motion to dismiss and allow the

28   parties to correct the pleadings.

                                              1

1    Defendants' response to the complaint is due January 17, 2018.  (*See* ECF No. 6.)  After

2   having an opportunity to review and analyze the complaint, counsel for Defendants informed

3   Plaintiffs' attorney of her intent to file a motion to dismiss under Federal Rule of Civil Procedure

4   12(b)(6) on various grounds.  After consideration, Plaintiffs' attorney agreed that some of the

5   grounds for the intended dismissal motion had merit, and Plaintiffs seek to cure the defects in the

6   complaint.  The parties agree that, under Rule 15(a)(1)(B), Plaintiffs have the right to amend the

7   pleading once as a matter of course.  However, to avoid burdening the Court with a motion to

8   dismiss and to conserve judicial resources, the parties agree that Plaintiffs should amend the

9   complaint before Defendants are required to respond to the pleading.

10    Accordingly, the parties agree and stipulate that Plaintiffs will file their amended complaint

11   within fourteen days of the Court approving this stipulation, and that Defendants will respond to

12   the amended complaint no later than fourteen days after it is filed.

13    IT IS SO STIPULATED.

14   Dated:  January 17, 2018                    Respectfully submitted,

15                                               XAVIER BECERRA
                                                 Attorney General of California
16                                               CHRISTOPHER J. BECKER
                                                 Supervising Deputy Attorney General
17

18                                               */s/ Diana Esquivel*

19                                               DIANA ESQUIVEL
                                                 Deputy Attorney General
20                                               *Attorneys for Defendants*

21

22   Dated:  January 17, 2018                    GLICKMAN & GLICKMAN
                                                 A LAW CORPORATION
23

24                                               */s/ Nicole E. Hoikka* (as authorized 1/17/18)

25                                               STEVEN C. GLICKMAN
                                                 NICOLE E. HOIKKA
26                                               *Attorneys for Plaintiffs*

27   SA2017306798
     33230286.docx
28

2

Stipulation for Plaintiffs to Amend the Complaint and Defendants to Respond to the Amended Complaint
(2:17-cv-02395 WBS-DB)

1

**ORDER**

2      Good cause appearing, the parties' stipulation to amend the complaint and to respond to the

3   pleading is GRANTED.  Plaintiffs shall file their amended complaint no later than fourteen days

4   from the date of this order.  Defendants' response to the pleading shall be due no later than

5   fourteen days after the amended complaint is filed.

6      IT IS SO ORDERED.

7   Dated:  January 18, 2018

8   _____
    WILLIAM B. SHUBB
9   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3