1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  MATTHEW ROSS WILSON, State Bar No. 236309
   ASEIL MOHMOUD, State Bar No. 300132
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-7365
    Fax: (916) 324-5205
7   E-mail: Aseil.Mohmoud@doj.ca.gov
   *Attorneys for Defendants*
8  *State of California, California Department of*
   *Corrections and Rehabilitation, Brown, Kernan,*
9  *and Baughman*

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12                     SACRAMENTO DIVISION

13

14

15  **M.B. III, a minor, by and through his**          2:17-cv-02395 WBS DB
    **Guardian Ad Litem, TITICE BEVERLY,**
16  **individually and as Successor in Interest**      **STIPULATION TO CONTINUE**
    **and Personal Representative of the Estate of**   **SCHEDULING CONFERENCE;**
    **MILTON BEVERLY, JR., et al.,**                   **[~~PROPOSED~~] ORDER**
17
                                    Plaintiffs,
18
19          v.

20  **STATE OF CALIFORNIA, et al.,**

21                                  Defendants.

22

23          A scheduling conference in this case is currently set for May 7, 2018. (ECF No. 13.) Under

24  Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through their counsel of

25  record, agree to and request a continuance of the scheduling conference to June 7, 2018, or a

26  similar date convenient for the Court.

27          A scheduling order may be modified only upon a showing of good cause and by leave of

28  Court. Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.*, 975

                                    1

F.2d 604, 609. In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson*, 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment).

The instant stipulation is necessitated by the fact that the attorney who had been acting as defense counsel has been re-assigned and is no longer involved in this case. The new defense counsel recently assigned to handle this case will require some time to conduct their own review and investigation of this matter so that they may effectively advise the Defendants and engage in a meaningful Rule 26(f) conference. Furthermore, the Defendants' motion to dismiss was recently granted in large part, Plaintiffs were provided leave to amend, and no operative complaint is yet on file. (ECF No. 19.) Lastly, one of Plaintiffs' attorneys is currently out of the country.

Based on the foregoing, the parties stipulate as follows: the scheduling conference currently set for May 7, 2018, is continued to June 7, 2018, or a similar date convenient for the Court. At least twenty-one calendar days before the scheduling conference is held, the parties shall

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

confer and attempt to agree upon a discovery plan. The parties shall submit to the Court a joint status report fourteen calendar days before the scheduling conference.

Dated: April 16, 2018                          Respectfully submitted,

                                               XAVIER BECERRA
                                               Attorney General of California
                                               JON S. ALLIN
                                               Supervising Deputy Attorney General

                                               */s/ Aseil Mohmoud*

                                               ASEIL MOHMOUD
                                               Deputy Attorney General
                                               *Attorneys for Defendants*
                                               *State of California, California Department*
                                               *of Corrections and Rehabilitation, Brown,*
                                               *Kernan, and Baughman*

SA2017306798
33356628.docx

Dated: April 16, 2018                          GLICKMAN & GLICKMAN
                                               A LAW CORPORATION

                                               */s/ Nicole E. Hoikka (as authorized 4/16/18)*

                                               STEVEN C. GLICKMAN
                                               NICOLE E. HOIKKA
                                               *Attorneys for Plaintiffs*

## ORDER

Good cause appearing, the parties' stipulation to continue the scheduling conference is GRANTED. The scheduling conference currently set for May 7, 2018, is continued to **June 18, 2018 at 1:30 p.m.** At least twenty-one (21) calendar days before the scheduling conference is held, the parties shall confer and attempt to agree upon a discovery plan. The parties shall submit to the Court a joint status report no later than **June 4, 2018**.

IT IS SO ORDERED.

Dated: April 17, 2018                          _____
                                               WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE

3