IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **M.B. III, a minor, by and through his Guardian Ad Litem, TITICE BEVERLY, individually and as Successor in Interest and Personal Representative of the Estate of MILTON BEVERLY, JR., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 2:17-cv-02395 WBS DB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE THE SCHEDULING CONFERENCE**<br><br><br>Judge: Honorable William B. Shubb<br>Trial Date: None<br>Action Filed: November 14, 2017 |

Good cause appearing, and there being no opposition, the Defendants' motion to continue the scheduling conference is GRANTED. The scheduling conference currently set for June 18, 2018, is vacated and reset for **September 24, 2018 at 1:30 p.m.** A Joint Status Report shall be filed no later than **September 10, 2018**.

IT IS SO ORDERED.

Dated: May 25, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1