STEVEN C. GLICKMAN, State Bar No. 105436
Email: scg@glickman-law.com
NICOLE E. HOIKKA, State Bar No. 306324
Email: neh@glickman-law.com
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212
Telephone: (310) 273-4040
Facsimile: (310) 273-0829


JOHN E. SWEENEY, State Bar No. 116285
Email: jes@thesweeneyfirm.com
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Telephone: (310) 277-9595
Facsimile: (310) 277-0177


Attorneys for Plaintiffs M.B. III, etc., et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **M.B. III, a minor, by and through his Guardian Ad Litem, TITICE BEVERLY, individually and as Successor in Interest and Personal Representative of the Estate of MILTON BEVERLY, JR., et al.,**<br><br>            Plaintiffs,<br><br>     **v.**<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>            Defendants. | 2:17-cv-02395 WBS DB<br><br>**ORDER RE STIPULATION TO FILE THIRD AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15** |

**ORDER**

Good cause appearing, the parties' stipulation to file an amended complaint is GRANTED. Plaintiffs will file a Third Amended Complaint no later than June 7, 2018. Defendants' response to Third Amended Complaint is due twenty-eight days after the complaint is filed.

IT IS SO ORDERED.

Dated: June 5, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE