1 | Xavier Becerra, State Bar No. 118517
Attorney General of California
2 | Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
3 | Matthew Ross Wilson, State Bar No. 236309
Deputy Attorney General
4 | 1300 I Street, Suite 125
P.O. Box 944255
5 | Sacramento, CA 94244-2550
Telephone: (916) 210-7313
6 | Fax: (916) 324-5205
E-mail: Matthew.Wilson@doj.ca.gov
7 | *Attorneys for Defendants*
*Manes, Vue, Ballard, Mohr, and Munroe*
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

SACRAMENTO DIVISION

11

12

13 | **M.B. III, a minor, by and through his** | 2:17-cv-02395 WBS DB
**Guardian Ad Litem, TITICE BEVERLY,**
14 | **individually and as Successor in Interest** | **STIPULATION TO CONTINUE**
**and Personal Representative of the Estate of** | **SCHEDULING CONFERENCE;**
15 | **MILTON BEVERLY, JR., et al.,** | **[~~PROPOSED~~] ORDER**

16 | Plaintiffs,

17 | v.

18

19 | **STATE OF CALIFORNIA, et al.,**

Defendants.
20

21

22 |     A scheduling conference in this case is currently set for November 19, 2018. (ECF No. 47.)

23 | Under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through their

24 | counsel of record, agree to and request a continuance of the scheduling conference to January 22,

25 | 2019, or a similar date convenient for the Court.

26 |     A scheduling order may be modified only upon a showing of good cause and by leave of

27 | Court. Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.*, 975

28 | F.2d 604, 609. In considering whether a party moving for a schedule modification has good

1

cause, the Court primarily focuses on the diligence of the party seeking the modification.

*Johnson*, 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment).

This stipulation is based on the fact that, on October 16, 2018, the Court granted the Defendants' motion to dismiss. (ECF No. 55.) All claims against the Defendants were dismissed. (*Id.*) Plaintiffs were given twenty days to file a fourth amended complaint if they could consistent with the Court's order. (*Id.*) A fourth amended complaint has not yet been filed.

A continuance of the scheduling conference would benefit both the parties and the Court in allowing sufficient time for a fourth amended complaint to be filed, for the Defendants to file their responsive pleading, and to resolve any issues with the fourth amended complaint before requiring that the parties set discovery and other case deadlines.

Based on the foregoing, the parties stipulate as follows: the scheduling conference currently set for November 19, 2018, is to be continued to January 22, 2019, or a similar date convenient for the Court. At least twenty-one calendar days before the scheduling conference is held, the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

parties shall confer and attempt to agree upon a discovery plan. The parties shall submit to the Court a joint status report fourteen calendar days before the scheduling conference.

Dated:  October 30, 2018                              Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

/s/ Matthew Ross Wilson

MATTHEW ROSS WILSON
Deputy Attorney General
Attorneys for Defendants
Manes, Vue, Ballard, Mohr, and Munroe

SA2017306798
33632297.docx

Dated:  October 30, 2018                              GLICKMAN & GLICKMAN
                                                      A LAW CORPORATION


/s/ Nicole E. Hoikka (as authorized 10/30/18)


STEVEN C. GLICKMAN
NICOLE E. HOIKKA
Attorneys for Plaintiffs


# ORDER

Good cause appearing, the parties' stipulation to continue the scheduling conference is GRANTED.  The scheduling conference currently set for November 19, 2018, is continued to **January 28, 2019 at 1:30 p.m.**  At least twenty-one calendar days before the scheduling conference is held, the parties shall confer and attempt to agree upon a discovery plan. The parties shall file with the Court a joint status report fourteen calendar no later than **January 14, 2019**.

IT IS SO ORDERED.

Dated:  October 31, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE