XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
JEREMY DUGGAN, State Bar No. 229854
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6008
 Fax: (916) 324-5205
 E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Manes, Vue, Ballard, Mohr and Munroe*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **M.B. III, a minor, by and through his Guardian Ad Litem, TITICE BEVERLY, individually and as Successor in Interest and Personal Representative of the Estate of MILTON BEVERLY, JR., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 2:17-cv-02395 WBS DB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR RESPONSE TO FOURTH AMENDED COMPLAINT**<br><br>Action Filed: November 14, 2017 |

Plaintiffs filed their Fourth Amended Complaint on November 5, 2018. The complaint makes claims against five previously-named Defendants in this matter (Manes, Vue, Ballard, Mohr, and Munroe) and two new Defendants (Dutton and Brown). For the five previously-named Defendants, the response to the Fourth Amended Complaint is currently due on November 19, 2018, while the response for two new Defendants will be due later, after they have been served.

So that all Defendants may respond at the same time, Defendants Manes, Vue, Ballard, Mohr, and Munroe, on the one hand, and Plaintiffs M.B. III and Weary, on the other, agree that

1

the deadline for Manes, Vue, Ballard, Mohr, and Munroe to respond to the Fourth Amended Complaint should be extended.

Therefore, the parties hereby stipulate and request an order that the deadline for Defendants Manes, Vue, Ballard, Mohr, and Munroe to respond to the Fourth Amended Complaint be extended to December 10, 2018.

| | |
|---|---|
| Dated: November 9, 2018 | GLICKMAN & GLICKMAN<br>A LAW CORPORATION<br><br>*/s/Nicole Hoikka* (as authorized 11/8/2018)<br><br>STEVEN C. GLICKMAN<br>NICOLE E. HOIKKA<br>*Attorneys for Plaintiffs* |
| Dated: November 9, 2018 | XAVIER BECERRA<br>Attorney General of California<br>JON S. ALLIN<br>Supervising Deputy Attorney General<br><br>**/s/ *Jeremy Duggan***<br><br>JEREMY DUGGAN<br>Deputy Attorney General<br>*Attorneys for Defendants Manes, Munroe, Vue , Ballard, and Mohr* |

**ORDER**

Good cause appearing, the parties' stipulation to extend the deadline for response to the Fourth Amended Complaint is GRANTED. The deadline for Defendants Manes, Vue, Ballard, Mohr, and Munroe to respond to the Fourth Amended Complaint is extended to December 10, 2018.

IT IS SO ORDERED.

Dated: November 13, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2017306798
33647562.docx