1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  JEREMY DUGGAN, State Bar No. 229854
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-6008
6    Fax: (916) 324-5205
     E-mail: Jeremy.Duggan@doj.ca.gov
7  *Attorneys for Defendants*
   *Manes, Vue, Ballard, Mohr,*
8  *Brown, Dutton and Munroe*

9             IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12

| | |
|---|---|
| 13 **M.B. III, a minor, by and through his Guardian Ad Litem, TITICE BEVERLY, individually and as Successor in Interest and Personal Representative of the Estate of MILTON BEVERLY, JR., et al.,** | Case No.: 2:17-cv-02395 WBS DB |
| | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER** |
| Plaintiffs, | |
| v. | Judge: The Honorable William B. Shubb |
| | Trial Date: Not set |
| **STATE OF CALIFORNIA, et al.,** | Action Filed: November 14, 2017 |
| Defendants. | |

21

22        A scheduling conference in this case is currently set for January 28, 2019. (ECF No. 57.)

23   Under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through their

24   counsel of record, agree to and request a continuance of the scheduling conference to March 11,

25   2019, or a similar date convenient for the Court.

26        A scheduling order may be modified only upon a showing of good cause and by leave of

27   Court. Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); see, e.g., *Johnson v. Mammoth Recreations, Inc.*, 975

28

1

F.2d 604, 609. In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson*, 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment).

On November 13, 2018, pursuant to the parties' stipulation, and to allow the Defendants to respond to the complaint at the same time, the court ordered that the deadline for Defendants to respond to the Fourth Amended Complaint extended to December 10, 2018. On December 10, Defendants filed their motion to dismiss the Fourth Amended Complaint. The hearing on the motion to dismiss is set for February 4, 2019. A continuance of the scheduling conference would benefit both the parties and the Court in allowing the motion to dismiss to be resolved before requiring that the parties set discovery and other case deadlines.

Based on the foregoing, the parties stipulate as follows: the scheduling conference currently set for January 28, 2019, is continued to March 11, 2019, or a similar date convenient for the Court. At least twenty-one calendar days before the scheduling conference is held, the parties shall confer and attempt to agree upon a discovery plan. The parties shall submit to the Court a joint status report fourteen calendar days before the scheduling conference.

/ / /

/ / /

Dated: December 19, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/ Jeremy Duggan*

JEREMY DUGGAN
Deputy Attorney General
*Attorneys for Defendants*
*Manes, Vue, Ballard, Mohr, Brown, Dutton,*
*and Munroe*

Dated: December 19, 2018

GLICKMAN & GLICKMAN
A LAW CORPORATION

*/s/Nicole Hoikka (as authorized 12/19/2018)*

STEVEN C. GLICKMAN
NICOLE E. HOIKKA
*Attorneys for Plaintiffs*

# ORDER

Good cause appearing, the parties' stipulation to continue the scheduling conference is GRANTED. The scheduling conference currently set for January 28, 2019, is continued to **March 18, 2019 at 1:30 PM**. At least twenty-one calendar days before the scheduling conference is held, the parties shall confer and attempt to agree upon a discovery plan. The parties shall submit to the Court a joint status report no later than **March 4, 2019**.

IT IS SO ORDERED.

Dated: December 20, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2017306798
33705071.docx