## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                      **JUDGMENT IN A CIVIL CASE**

**M. B. III, ET AL.,**

                                                      CASE NO: **2:17–CV–02395–WBS–DB**

                v.

**STATE OF CALIFORNIA, ET AL.,**

_____

**XX –– Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/8/19**

                                              **Marianne Matherly**
                                              Clerk of Court

    ENTERED:  **February 8, 2019**

                                    by: /s/ A. Kastilahn_____
                                            Deputy Clerk